NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA

COURT OF APPEAL, THIRD CIRCUIT

05-839

STATE OF LOUISIANA

VERSUS

ADRIAN DEMOND HOWARD

**********
APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT
PARISH OF RAPIDES, NO. 275,280
HONORABLE HARRY FRED RANDOW, DISTRICT JUDGE
**********

GLENN B. GREMILLION
JUDGE

**********
Court composed of Sylvia R. Cooks, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

CONVICTION AFFIRMED; MOTION
TO WITHDRAW GRANTED.

James C. Downs
District Attorney
Ninth Judicial District Court
P. O. Drawer 1472
Alexandria, LA 71309
(318) 473-6650
Counsel for Plaintiff/Appellee:
    State of Louisiana

**James E. Beal**
**Louisiana Appellate Project**
**P. O. Box 307**
**Jonesboro, LA 71251-0307**
**(318) 259-2391**
**Counsel for Defendant/Appellant:**
**Adrian Demond Howard**